133 A.3d 735

William CURTIS, Petitioner

v.

Mary CANINO, Hearing Examiner, Respondent.

No. 9 EM 2016.

Supreme Court of Pennsylvania.

March 23, 2016.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of March, 2016, the Petition for Review is **DENIED.**